```
                IN THE UNITED STATES DISTRICT COURT FOR THE
                      NORTHERN DISTRICT OF ALABAMA
                           NORTHEASTERN DIVISION

LAURA JEAN JACKSON,              )

         PLAINTIFF,              )

VS.                              )        CV97-H-2955-NE

KELLY TEMPORARY SERVICES,        )

         DEFENDANT.              )
```

FILED 98 APR 28 PM 2:27 U.S. DISTRICT COURT N.D. OF ALABAMA

ENTERED APR 28 1998

## MEMORANDUM OF DECISION

The only material filed by plaintiff in response to the March 18, 1998 order is the March 23, 1998 letter to the clerk of court with an attached "Amended EEOC Charges CV97-H-2955-NE" filed March 24, 1998. That material wholly fails to comply with the order entered March 18, 1998. This case earlier was dismissed on March 12, 1998 for failure of plaintiff to comply with the November 5, 1997 order of Judge Nelson. The March 12, 1998 order was set aside by the court by its March 18, 1998 order on the strength of a letter from plaintiff filed March 17, 1998 asserting that she did not receive a copy of Judge Nelson's November 5, 1997 order. Plaintiff did receive a copy of the court's March 18, 1998 order but the material filed March 24, 1998 does not sufficiently comply with the March 18, 1998 order.

The material presented to the court not complying with the March 18, 1998 order, not satisfying Fed. R. Civ. P. 8(a) or 10 and failing to state a claim upon which relief may be granted, the "case" is due to be dismissed pursuant to 28 U.S.C. § 1915(e)(2). A separate order will be entered.

The clerk is to send a copy of this Memorandum of Decision and the Order to Kelly Temporary Services, 200 Clinton Avenue, Huntsville, Alabama 35801.

DONE this the 28th day of April, 1998.

                                                  SENIOR UNITED STATES DISTRICT JUDGE